UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X

MALIBU MEDIA, LLC.,

                             Plaintiff,

         vs.

JOHN DOES 1-15,

                             Defendant.

------------------------------------------------------------X

Civil Action No. 2:12-cv-00664-CMR

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 1 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 1 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice.</u> Defendant, John Doe 1 was assigned the IP address 68.80.252.151. For the avoidance of doubt Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                                          Respectfully submitted,

                                                          FIORE & BARBER, LLC

                                 By:     <u>s/ Christopher P. Fiore</u>
                                             Christopher P. Fiore, Esquire
                                             Aman M. Barber, III, Esquire
                                             Attorneys for Plaintiff
                                             425 Main Street, Suite 200
                                             Harleysville, PA 19438
                                             Tel:  (215) 256-0205
                                             Fax:  (215) 256-9205
                                             Email:  <u>cfiore@fiorebarber.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that on April 10th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _s/ Christopher P. Fiore_
Christopher P. Fiore, Esquire