UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
MALIBU MEDIA, LLC.,                          :
:    Civil Action No. 2:12-cv-00664-CMR
:
             Plaintiff,                      :
:
       vs.                                   :
:
JOHN DOES 1-15,                              :
:
             Defendant.                      :
:
------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL REMAINING JOHN DOES

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all remaining John Doe Defendants from this action <u>without prejudice</u>. Plaintiff recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve the Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve against each Doe Defendant it deems necessary.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

    Respectfully submitted,

    FIORE & BARBER, LLC

By:    <u>s/ Christopher P. Fiore</u>
    Christopher P. Fiore, Esquire
    Aman M. Barber, III, Esquire
    Attorneys for Plaintiff
    425 Main Street, Suite 200
    Harleysville, PA 19438
    Tel: (215) 256-0205
    Fax: (215) 256-9205
    Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     *s/ Christopher P. Fiore*
Christopher P. Fiore, Esquire
